Mark Ditton WSBA#45432
14900 Interurban Ave. S. #265
Seattle, WA 98168
(206) 674-4602

Attorney for Debtor

Judge: Honorable Christopher M. Alston
Chapter 13
Hearing Date: 8/29/2019
Hearing Time: 9:30 am
Response Date: 8/22/2019
Hearing Location: Seattle, WA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

Kleene Manning

                Debtor(s).

Case No. 17-13769 CMA

AMENDED NOTICE OF HEARING AND ATTORNEY'S APPLICATION FOR COMPENSATION IN A CHAPTER 13 CASE

## NOTICE OF HEARING

TO: Clerk of the United States Bankruptcy Court; and All parties in interest:

PLEASE TAKE NOTICE that an Application for Compensation in a Chapter 13 Case IS SET FOR HEARING as follows:

| | |
|---|---|
| **DATE OF HEARING** | **August 29, 2019** |
| **TIME** | **9:30am** |
| **JUDGE** | **Hon. Christopher M. Alston** |
| **LOCATION** | **US Courthouse**<br>**700 Stewart Street**<br>**Seattle, WA 98101**<br>**Courtroom 7206** |
| **RESPONSE DUE** | **August 22, 2019** |

IF YOU OPPOSE the motion you must file your written response with the court clerk and deliver copies to the undersigned and all interested parties NOT LATER THAN THE RESPONSE DATE. IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion,

GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

**APPLICATION**,

Mark Ditton, attorney for the debtor(s), applies for additional fees and/or costs and expenses in the amount of $898.00

I certify under penalty of perjury that the following is true and correct:

1. This application includes amounts for:

    ☐ Pre-Confirmation compensation.

    ☒ Post-Confirmation compensation.

    ☐ Pre- and Post-Confirmation compensation.

2. The requested sum represents services rendered and / or costs and expenses incurred from 11/23/17 to 7/23/19, as set forth in the itemized time record attached pursuant to Local Rules W.D. Wash. Bankr. 2016-1(e)(3).

3. A plan

    ☒ was confirmed in this case on 11/22/17 (ECF Docket No._14_).

    ☐ has not been confirmed. If a plan has not been confirmed, I have attached an explanation of why I should be awarded compensation pre-confirmation.

4. This is my second application for compensation. I was previously awarded compensation as follows:

    $ 3,840 on 1/2/18 (ECF Docket No. ___20___)
    $ [amount] on [date] (ECF Docket No. _____)
    $ [amount] on [date] (ECF Docket No. _____)
    $ [amount] on [date] (ECF Docket No. _____)
    $ [amount] on [date] (ECF Docket No. _____)

5. The debtor(s) paid me $0 prior to filing.

6. If approved, the total approved compensation will be $4,738.00 ( includes the amount debtor(s) paid me directly prior to filing this case, all compensation previously awarded and the compensation requested in this application).

7. If I was awarded the presumptive fee and this is my first application for compensation, the attached itemized time record includes all services I have provided for representation of the debtor(s) in any capacity whatsoever in connection with this case.

8. Allowance of the compensation requested in this application

    ☐ will require plan modification (e.g., the compensation makes the plan infeasible).

    ☒ will not require plan modification.

I REQUEST THAT:

1. The Court award the compensation requested.
2. The awarded compensation be allowed as an administrative expense under 11 U.S.C. § 503(b) and paid according to the confirmed plan or, if a plan is never confirmed, prior to dismissal or conversion (subject to applicable Trustee's fee).
3. Unless the Court orders otherwise, if this case is dismissed or converted after plan confirmation, the Chapter 13 Trustee shall send undisbursed plan payments on hand to the debtor(s) in care of Applicant, if the Applicant is the debtor(s)' attorney at the time of dismissal or conversion.

A proposed order that conforms to Local Forms W.D. Wash. Bankr., Form 13-10 is attached.

DATE: __8/6/2019_____

/s/ Mark Ditton___
Mark Ditton WSB#45432
APPLICANT

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Notice and Application for Attorney Fees was served upon all Creditors Holding Allowed Claims per the attached mailing matrix and any parties requesting special notice by sending a true, full and exact copy enclosed in a sealed envelope by regular postage, prepaid, U.S. Mail, or, where specified, electronically:

*Served electronically:*

Office of the U.S. Trustee;
Jason Wilson-Aguilar; case trustee

Notice and Attorney's Application for Compensation in a Chapter 13 Case
Local Forms W.D. Wash. Bankr., Form 13-9

Page 3
Eff. 12/15

1  
2 Dated this 6th Day of August, 2019.

3                                      /s/Mark Ditton\_\_\_\_  
                                     Mark Ditton WSB#45432  
4                                      14900 Interurban Ave. S. #265  
                                     Seattle, WA 98168  
5                                      206-674-4602 (office)  
                                     866-241-4176 (fax)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Notice and Attorney's Application for Compensation in a Chapter 13 Case                     Page 4  
Local Forms W.D. Wash. Bankr., Form 13-9                                                                             Eff. 12/15

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0981-2<br>Case 17-13769-CMA<br>Western District of Washington<br>Seattle<br>Tue Jul 23 16:15:29 PDT 2019 | BECU<br>Attn: Bankruptcy<br>P O Box 97050<br>Seattle, WA 98124-9750 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| Barclays Bank Delaware<br>100 S West St<br>Wilmington, DE 19801-5015 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Boeing Ecu<br>Po Box 97050<br>Seattle, WA 98124-9750 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 | Capital One<br>Attn: General Correspondence/Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Chase Card<br>Attn: Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Comenity Bkl/Ulta<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Capital Bank/HSN<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Capital Bank/Paypal Credit<br>c/o Weinstein & Riley, PS<br>2001 Western Ave., Ste 400<br>Seattle, WA 98121-3132 |
| (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | Mark Ditton<br>Northwest Debt Relief Law Firm<br>14900 Interurban Ave. S. Suite 265<br>Seattle, WA 98168-4618 | IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Keybank, Na<br>4910 Tiedman Road<br>Brooklyn, OH 44144-2338 | Kleene Manning<br>22749 Marine View Dr S, Apt 12<br>Des Moines, WA 98198-8406 | Mor Furniture For Less<br>Attn: Bankruptcy<br>6965 Consolidated Way<br>San Diego, CA 92121-2603 |
| Nordstrom Fsb<br>Correspondence<br>Po Box 6555<br>Englewood, CO 80155-6555 | Nordstrom, Inc.<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | PayPal Credit<br>PO Box 5138<br>Lutherville Timonium, MD 21094-5138 |
| Prosper Marketplace Inc<br>Po Box 396081<br>San Francisco, CA 94139-6081 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Velocity Investments LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| SYNCHRONY BANK<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave, Ste 400<br>Seattle, WA 98121-3132 | Synchrony<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave, Ste 400<br>Seattle, WA 98121-3132 | Synchrony Bank/Care Credit<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896-0001 |
| Synchrony Bank/QVC<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896-0001 | United States Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101-4438 | Velocity Investments, LLC<br>1800 Route 34 No., Ste. 401A<br>Belmar, NJ 07719-9167 |

Jason Wilson-Aguilar
600 University St #1300
Seattle, WA 98101-4102

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Bk Of Amer | Dell Financial Services | End of Label Matrix | |
|---|---|---|---|
| Po Box 982238 | Attn: Bankruptcy | Mailable recipients | 30 |
| El Paso, TX 79998 | Po Box 81577 | Bypassed recipients | 0 |
| | Austin, TX 78708 | Total | 30 |