# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re:

Kleene Manning

Debtor(s)

Case No. 17-13769 CMA Ch.13

DECLARATION OF JACOB MANNING

I, the Debtor(s) in the above entitled case, hereby declare under penalty of perjury:

1. I make this Declaration in support of the Motion to Modify Chapter 13 Plan;
2. I am the spouse of the debtor;
3. My contribution to her living expenses is my share of $1195 for rent. Debtor pays me $500 each month for her share of the rent and I cover the rest with my paycheck so I do not actually pay her money but cover my portion of the total rent. I have provided a copy of my paystub to the trustee;
4. I request that the Court grant the motion.

**DATE:** September 23, 2019

                                           Respectfully submitted:

                                           /s/Jacob Manning
                                           Jacob Manning

DECLARATION